

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER FORT,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN,<br><br>　　　　　Respondent. | CASE NO. 2:19-cv-04303-JVS (SK)<br><br>ORDER DISMISSING ACTION FOR LACK OF JURISDICTION |

　　　　Petitioner is a California state prisoner serving a life sentence without possibility of parole for murder and robbery. On May 17, 2019, he filed a motion for a 60-day extension of time to file a habeas petition under 28 U.S.C. § 2254, which caused the Clerk's Office to open this action, but no habeas petition has yet been filed. (ECF 1). The Court thus lacks jurisdiction in this case because there is no "case or controversy" to decide. Calderon v. Ashmus, 523 U.S. 740, 746 (1998); see Casaburi v. Warden, 2013 WL 3367275, at *1 (C.D. Cal. July 3, 2013) (dismissing for lack of jurisdiction letter request for extension of time to file habeas petition where no petition had yet been filed). THEREFORE, this action is DISMISSED

without prejudice for lack of jurisdiction. Judgment dismissing this action without prejudice will be entered accordingly.¹

    IT IS SO ORDERED.

DATED: June 06, 2019

                              HON. JAMES V. SELNA
                              U.S. DISTRICT JUDGE

PRESENTED BY:

STEVE KIM
U.S. MAGISTRATE JUDGE

---

¹ While the Court does not decide this issue, it is likely that Petitioner still has time to file a timely federal habeas petition. See Trigueros v. Adams, 658 F.3d 983, 987 (9th Cir. 2011) (Court may take judicial notice of public state court dockets). The California Supreme Court apparently denied Petitioner's direct appeal on June 29, 2018. (No. S248469). If that is right, and Petitioner pursued no writ of certiorari in the U.S. Supreme Court (as he admits), his conviction would have become final 90 days after the California Supreme Court's denial. See 28 U.S.C. § 2101; Bowen v. Roe, 188 F.3d 1157, 1158-59 (9th Cir. 1999). From that date, Petitioner would have one year—not including any statutory or gap tolling for properly filed state habeas petitions—to file a federal habeas petition on time. See 28 U.S.C. § 2244(d)(1)(A).