JS-6



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER FORT,<br><br>        Petitioner,<br><br>    v.<br><br>WARDEN,<br><br>        Respondent. | CASE NO. 2:19-cv-04303-JVS (SK)<br><br>JUDGMENT |

Pursuant to the Order Dismissing Action for Lack of Jurisdiction, IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: June 06, 2019

HON. JAMES V. SELNA
U.S. DISTRICT JUDGE